## CRAWFORD *v.* WHEELER.

FISH, J. 1. The running and marking by processioners of a line between adjoining landowners, where no boundary line had been previously located and established, was without authority of law ; accordingly the superior court had no jurisdiction of the case made by a protest filed to the return of the processioners fixing such new line.

2. As there was nothing to try, the refusal of a new trial was not erroneous.

Direction is given that the whole proceeding be dismissed for want of jurisdiction over the subject-matter. *Amos* v. *Parker*, 88 *Ga.* 754.

*Judgment affirmed, with direction. All the Justices concurring.*

Argued July 23, — Decided August 8, 1900.

Objections to return of processioners. Before Judge Russell. Franklin superior court. September term, 1899.

*W. R. Little* and *A. G. McCurry*, for plaintiff in error.